| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:19CR00260-007 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00280-JAD-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT CENTRAL | DIVISION UTAH |
|---|---|---|
| Ashley Robinson  X FILED ___ RECEIVED ___ ENTERED ___ SERVED ON  SEPTEMBER 10, 2025  CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY: /s/ RJDG DEPUTY | NAME OF SENTENCING JUDGE Jill N. Parrish, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/30/2024   TO 08/29/2026 |

**OFFENSE**
Count 2: Conspiracy to Distribute Oxycodone; Count 4: Conspiracy to Commit Money Laundering

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Robinson has significant ties to our community and intends to remain in Nevada for the duration of her supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF     UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     NEVADA     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

9/2/2025
*Date*

*United States District Judge*

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF     NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/12/2025
*Effective Date*

*United States District Judge*

1